B26 (Official Form 26) (12/08)

## UNITED STATE BANKRUPTCY COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

IN RE:                                    )
                                          )
THOMAS O. EIFLER, SR.                     )         CHAPTER 11
                                          )
        Debtor                            )         CASE NO. 17-31862
_____)

## PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST

This is the report as of Thomas O. Eifler, Sr., ("Debtor") on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3. The estate of Thomas O. Eifler, Sr. holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| T.E.D.E., LLC | 50% | 1 |
| Eifler Group, Inc. | 100% | 2 |
| Eifler Group Lonestar State, Inc. | 100% | 3 |
| Eifler Tax Group, Inc. | 67% | 4 |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits. Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report. It also contains a description of the valuation method used. Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

## THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

B26 (Official Form 26) (12/08) — Cont.                                                2

The undersigned, having reviewed the above listing of entities in which the estate of Thomas O. Eifler, Sr. holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.


Date: *8-1-2017*


Signature(s) of Debtor(s) (Individual/Joint)

Thomas O. Eifler, Sr.

B26 (Official Form 26) (12/08) – Cont.                                                      3

**TAB 1**
**Exhibit A**
**Valuation Estimate for T.E.D.E., LLC**


[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

The estimated value of the estate's interest in T.E.D.E., LLC is ($53,620.00) as of December 31, 2016 based on the estate's 50% interest in T.E.D.E., LLC and the net equity per the balance sheet of T.E.D.E., LLC's 2016 tax return, Form 1120S.

B26 (Official Form 26) (12/08) – Cont.                                                                    7

**TAB 1**
**Exhibit B**
**<u>Financial Statements for T.E.D.E., LLC</u>**

**None Prepared.**

B26 (Official Form 26) (12/08) – Cont.                                                    11

**TAB 1**
**Exhibit B-1**
**Balance Sheet for T.E.D.E., LLC**
As of _____

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

**None Prepared.**

B26 (Official Form 26) (12/08) – Cont.                                                                 15

**TAB 1**
**Exhibit B-2**
**Statement of Income (Loss) for T.E.D.E., LLC**
Period ending _____

[Provide a statement of income (loss) for the following periods:

      (i) For the initial report:
             a. the period between the end of the preceding fiscal year and the end of the
                most recent six-month period of the current fiscal year; and
             b. the prior fiscal year.
      (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

**None Prepared.**

B26 (Official Form 26) (12/08) – Cont.                                                    19

**TAB 1**
**Exhibit B-3**
**Statement of Cash Flows for T.E.D.E., LLC**
For the period ending _____

[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
           a. the period between the end of the preceding fiscal year and the end of the
             most recent six-month period of the current fiscal year; and
           b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]


**None Prepared.**

B26 (Official Form 26) (12/08) – Cont.                                              23

**TAB 1**
**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for T.E.D.E., LLC**
period ending _____

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

**None prepared.**

B26 (Official Form 26) (12/08) – Cont.                                                                    27

**TAB 1**
**Exhibit C**
**Description of Operations for T.E.D.E., LLC**

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s).  Indicate the source of this information.]


TEDE, LLC – is a holding company.  Its only asset is a 33.3333% investment in WEM Development, LLC.

The estate's interest in TEDE, LLC is Thomas O. Eifler, Sr.'s 50% ownership.

B26 (Official Form 26) (12/08) – Cont.                                                                      4

**TAB 2**
**Exhibit A**
**Valuation Estimate for Eifler Group, Inc.**


[Provide a statement of the entity's value and the value of the estate's interest in the entity, including
a description of the basis for the valuation, the date of the valuation and the valuation method used.
This valuation must be no more than two years old.  Indicate the source of this information.]


The estimated value of the estate's interest in Eifler Group, Inc. is $715,584 as of June 30, 2017
based on the net equity per the Balance Sheet included herein.

B26 (Official Form 26) (12/08) – Cont.                                                    8

**TAB 2**
**Exhibit B**
**<u>Financial Statements for Eifler Group, Inc.</u>**

**See Attached**

B26 (Official Form 26) (12/08) – Cont.                                                          12

**TAB 2**
**Exhibit B-1**
**Balance Sheet for Eifler Group, Inc.**
As of June 30, 2017

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

**See Attached.**

Eifler Group Inc.
Balance Sheet
December 31, 2016

### ASSETS

| Current Assets | | |
|---|---:|---:|
| Cash - Commonwealth Bank | $ 286,210.47 | |
| Accounts Receivable | 3,010.00 | |
| Due from Eifler Group TX | 291,140.13 | |
| Due from others | 3,650.59 | |
| | | |
| Total Current Assets | | 584,011.19 |
| | | |
| Property and Equipment | | |
| Property and Equipment | 29,699.41 | |
| Start Up Costs | 3,143.00 | |
| Accum. Depreciation - Prop&Eqt | (16,527.89) | |
| Accum. Amortization - Start Up | (3,143.00) | |
| | | |
| Total Property and Equipment | | 13,171.52 |
| | | |
| Other Assets | | |
| Note Receivable Tax Group | 115,154.24 | |
| | | |
| Total Other Assets | | 115,154.24 |
| | | |
| Total Assets | $ | 712,336.95 |

### LIABILITIES AND CAPITAL

| Current Liabilities | | |
|---|---:|---:|
| Accounts Payable | $ 40,397.48 | |
| Accrued Expenses | 10,420.53 | |
| Federal Payroll Taxes Payable | 5,510.86 | |
| FUTA Payable | 126.00 | |
| State Payroll Taxes Payable | 281.66 | |
| Local Taxes Payable | 161.87 | |
| | | |
| Total Current Liabilities | | 56,898.40 |
| | | |
| Long-Term Liabilities | | |
| | | |
| Total Long-Term Liabilities | | 0.00 |
| | | |
| Total Liabilities | | 56,898.40 |
| | | |
| Capital | | |
| Retained Earnings | 641,551.48 | |
| Common Stock | 1,000.00 | |
| Distributions | (300,000.00) | |
| Net Income | 312,887.07 | |
| | | |
| Total Capital | | 655,438.55 |
| | | |
| Total Liabilities & Capital | $ | 712,336.95 |

Unaudited - For Management Purposes Only

Eifler Group Inc.
Balance Sheet
June 30, 2017

### ASSETS

Current Assets
| | | |
|---|---:|---:|
| Cash - Commonwealth Bank | $ | 323,166.72 |
| Accounts Receivable | | 2,856.92 |
| Due from Eifler Group TX | | 159,666.36 |
| Due from Valiant Wealth | | 194.64 |
| Due from Eifler Tax Group | | 4,032.46 |
| Due from others | | 7,544.23 |

| | | |
|---|---:|---:|
| Total Current Assets | | 497,461.33 |

Property and Equipment
| | | |
|---|---:|---:|
| Property and Equipment | 29,699.41 | |
| Start Up Costs | 3,143.00 | |
| Accum. Depreciation - Prop&Eqt | (17,186.39) | |
| Accum. Amortization - Start Up | (3,143.00) | |

| | | |
|---|---:|---:|
| Total Property and Equipment | | 12,513.02 |

Other Assets
| | | |
|---|---:|---:|
| Note Receivable Tax Group | 107,977.06 | |
| N/R Valiant Wealth Management | 100,000.00 | |

| | | |
|---|---:|---:|
| Total Other Assets | | 207,977.06 |

| | | |
|---|---:|---:|
| Total Assets | $ | 717,951.41 |

### LIABILITIES AND CAPITAL

Current Liabilities
| | | |
|---|---:|---:|
| Accounts Payable | $ | 2,367.09 |

| | | |
|---|---:|---:|
| Total Current Liabilities | | 2,367.09 |

Long-Term Liabilities

| | | |
|---|---:|---:|
| Total Long-Term Liabilities | | 0.00 |

| | | |
|---|---:|---:|
| Total Liabilities | | 2,367.09 |

Capital
| | | |
|---|---:|---:|
| Retained Earnings | 654,438.55 | |
| Common Stock | 1,000.00 | |
| Distributions | (25,000.00) | |
| Net Income | 85,145.77 | |

| | | |
|---|---:|---:|
| Total Capital | | 715,584.32 |

| | | |
|---|---:|---:|
| Total Liabilities & Capital | $ | 717,951.41 |

Unaudited - For Management Purposes Only

B26 (Official Form 26) (12/08) – Cont.                                                    16

**TAB 2**
**Exhibit B-2**
**<u>Statement of Income (Loss) for Eifler Group, Inc.</u>**
Period ending June 30, 2017

[Provide a statement of income (loss) for the following periods:

      (i) For the initial report:
             a. the period between the end of the preceding fiscal year and the end of the
                most recent six-month period of the current fiscal year; and
             b. the prior fiscal year.
      (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

**See Attached**

Eifler Group Inc.
Income Statement
For the Twelve Months Ending December 31, 2016

|  | Current Month | | | Year to Date | |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| Commissions - Investment Ctr. | $ | 51,157.25 | 87.00 | $ 484,835.13 | 50.33 |
| Commission - Annuities & Life | | (8,807.23) | (14.98) | 42,215.52 | 4.38 |
| Commission - Amer. Equity | | 14,748.31 | 25.08 | 421,845.63 | 43.79 |
| Other Income | | 0.00 | 0.00 | 4,463.89 | 0.46 |
| Interest Income | | 1,706.20 | 2.90 | 9,996.45 | 1.04 |
| Total Revenues | | 58,804.53 | 100.00 | 963,356.62 | 100.00 |
| **Cost of Sales** | | | | | |
| Cost of Sales-Salary Advisor | | 10,700.00 | 18.20 | 128,400.00 | 13.33 |
| Cost of Sales-Payroll Taxes | | 204.75 | 0.35 | 9,457.86 | 0.98 |
| On-Line Brokerage Service | | 191.00 | 0.32 | 2,267.00 | 0.24 |
| Total Cost of Sales | | 11,095.75 | 18.87 | 140,124.86 | 14.55 |
| Gross Profit | | 47,708.78 | 81.13 | 823,231.76 | 85.45 |
| **Expenses** | | | | | |
| Cost of Sales-Advisory Fees | | 16,000.00 | 27.21 | 192,000.00 | 19.93 |
| Salaries - Support Staff | | 14,365.00 | 24.43 | 117,865.00 | 12.23 |
| Payroll Taxes Support Staff | | 1,098.93 | 1.87 | 9,386.28 | 0.97 |
| Accounting Fees | | 1,800.00 | 3.06 | 2,495.00 | 0.26 |
| Auto Expense | | 1,581.93 | 2.69 | 22,384.29 | 2.32 |
| Bank Fees | | 0.00 | 0.00 | 120.00 | 0.01 |
| Client Relations | | 1,311.87 | 2.23 | 5,116.89 | 0.53 |
| Computer Support & Subscriptio | | 177.99 | 0.30 | 2,177.53 | 0.23 |
| Copier Lease & Maintenance | | 767.82 | 1.31 | 2,925.20 | 0.30 |
| Dues & Subscriptions | | 0.00 | 0.00 | 324.50 | 0.03 |
| Equipment Maintenance | | 0.00 | 0.00 | 613.35 | 0.06 |
| Health Insurance | | 1,057.75 | 1.80 | 4,680.79 | 0.49 |
| Insurance | | 0.00 | 0.00 | 6,491.10 | 0.67 |
| Legal Fees | | 50,000.00 | 85.03 | 50,240.00 | 5.22 |
| Meals & Entertainment | | 724.45 | 1.23 | 12,607.50 | 1.31 |
| Office Supplies & Expense | | 1,559.39 | 2.65 | 6,931.57 | 0.72 |
| Postage | | 197.62 | 0.34 | 3,868.55 | 0.40 |
| Property Maintenance | | 484.00 | 0.82 | 13,416.72 | 1.39 |
| Rent | | 1,500.00 | 2.55 | 18,000.00 | 1.87 |
| Training Seminars | | 0.00 | 0.00 | 300.00 | 0.03 |
| Taxes & Licenses | | 1,850.00 | 3.15 | 11,974.40 | 1.24 |
| Telephone & Internet | | 710.43 | 1.21 | 8,764.64 | 0.91 |
| Travel | | 0.00 | 0.00 | 414.17 | 0.04 |
| Utilities | | 303.03 | 0.52 | 4,400.21 | 0.46 |
| Depreciation Expense | | 12,847.00 | 21.85 | 12,847.00 | 1.33 |
| Total Expenses | | 108,337.21 | 184.23 | 510,344.69 | 52.98 |
| Net Income | $ | (60,628.43) | (103.10) | $ 312,887.07 | 32.48 |

For Management Purposes Only

Eifler Group Inc.
Income Statement
For the Six Months Ending June 30, 2017

| | Current Month | | | Year to Date | |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| Commissions - Investment Ctr. | $      0.00 | 0.00 | $ | 80,987.57 | 39.76 |
| Commission - Annuities & Life | 201.20 | 1.31 | | 4,671.68 | 2.29 |
| Commission - Amer. Equity | 14,879.93 | 96.69 | | 109,745.51 | 53.87 |
| Other Income | 0.00 | 0.00 | | 5,184.72 | 2.55 |
| Interest Income | 308.42 | 2.00 | | 3,114.57 | 1.53 |
| | | | | | |
| Total Revenues | 15,389.55 | 100.00 | | 203,704.05 | 100.00 |
| | | | | | |
| | | | | | |
| **Cost of Sales** | | | | | |
| Cost of Sales-Salary Advisor | 0.00 | 0.00 | | 21,400.00 | 10.51 |
| Cost of Sales-Payroll Taxes | 0.00 | 0.00 | | 1,770.90 | 0.87 |
| On-Line Brokerage Service | 0.00 | 0.00 | | 764.00 | 0.38 |
| | | | | | |
| Total Cost of Sales | 0.00 | 0.00 | | 23,934.90 | 11.75 |
| | | | | | |
| Gross Profit | 15,389.55 | 100.00 | | 179,769.15 | 88.25 |
| | | | | | |
| **Expenses** | | | | | |
| Salaries - Support Staff | 0.00 | 0.00 | | 17,000.00 | 8.35 |
| Payroll Taxes Support Staff | 0.00 | 0.00 | | 1,537.50 | 0.75 |
| Accounting Fees | 275.00 | 1.79 | | 750.00 | 0.37 |
| Auto Expense | 626.47 | 4.07 | | 8,119.30 | 3.99 |
| Client Relations | 0.00 | 0.00 | | 538.20 | 0.26 |
| Computer Support & Subscriptio | 0.99 | 0.01 | | 280.44 | 0.14 |
| Copier Lease & Maintenance | 0.00 | 0.00 | | 147.29 | 0.07 |
| Dues & Subscriptions | 0.00 | 0.00 | | 101.20 | 0.05 |
| Health Insurance | 1,061.34 | 6.90 | | 2,917.08 | 1.43 |
| Legal Fees | 15,000.00 | 97.47 | | 15,000.00 | 7.36 |
| Management Fees | 0.00 | 0.00 | | 32,000.00 | 15.71 |
| Meals & Entertainment | 1,337.27 | 8.69 | | 5,199.76 | 2.55 |
| Office Supplies & Expense | 228.25 | 1.48 | | 2,012.00 | 0.99 |
| Postage | 0.00 | 0.00 | | 841.50 | 0.41 |
| Property Maintenance | 45.00 | 0.29 | | 329.00 | 0.16 |
| Rent | 0.00 | 0.00 | | 3,000.00 | 1.47 |
| Taxes & Licenses | 515.00 | 3.35 | | 1,696.12 | 0.83 |
| Telephone & Internet | 69.30 | 0.45 | | 1,592.85 | 0.78 |
| Utilities | 0.00 | 0.00 | | 902.64 | 0.44 |
| Depreciation Expense | 109.75 | 0.71 | | 658.50 | 0.32 |
| | | | | | |
| Total Expenses | 19,268.37 | 125.20 | | 94,623.38 | 46.45 |
| | | | | | |
| Net Income | $   (3,878.82) | (25.20) | $ | 85,145.77 | 41.80 |

For Management Purposes Only

B26 (Official Form 26) (12/08) – Cont.                                                          20

**TAB 2**
**Exhibit B-3**
**Statement of Cash Flows for Eifler Group, Inc.**
For the period ending _____


[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
            a. the period between the end of the preceding fiscal year and the end of the
                most recent six-month period of the current fiscal year; and
            b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]


**None Prepared.**

B26 (Official Form 26) (12/08) – Cont.                                          24

**TAB 2**
**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Eifler Group, Inc.**
period ending _____

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

      (i) For the initial report:
             a. the period between the end of the preceding fiscal year and the end of the
                most recent six-month period of the current fiscal year; and
             b. the prior fiscal year.
      (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]


**None prepared.**

B26 (Official Form 26) (12/08) – Cont.                                    28

**TAB 2**
**Exhibit C**
**<u>Description of Operations for Eifler Group, Inc.</u>**

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s).  Indicate the source of this information.]

Eifler Group, Inc. no longer has employees and no longer operates as an investment advisory business.  It receives residual commissions on investment products sold prior to February 28, 2017 and holds Notes Receivable due from other businesses.  There are no plans for Eifler Group, Inc. to provide any future investment advisory services.

The estate's interest in Eifler Group, Inc. is Thomas O. Eifler Sr.'s 100% ownership.

B26 (Official Form 26) (12/08) – Cont.                                                                    5

**TAB 3**
**Exhibit A**
**Valuation Estimate for Eifler Group Lonestar State, Inc.**


[Provide a statement of the entity's value and the value of the estate's interest in the entity, including
a description of the basis for the valuation, the date of the valuation and the valuation method used.
This valuation must be no more than two years old.  Indicate the source of this information.]


The estimated value of the estate's interest in Eifler Group Lonestar State, Inc. is ($135,656) as of
June 30, 2017 based on the net equity per the Balance Sheet included herein.

B26 (Official Form 26) (12/08) – Cont.                                                                9

**TAB 3**
**Exhibit B**
**Financial Statements for Eifler Group Lonestar State, Inc.**

**See Attached**

B26 (Official Form 26) (12/08) – Cont.                                                                13

**TAB 3**
**Exhibit B-1**
**Balance Sheet for Eifler Group Lonestar State, Inc.**
As of June 30, 2017

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

**See Attached**

Eifler Group Lone Star State Inc.
Balance Sheet
December 31, 2016

### ASSETS

| Current Assets | | |
|---|---|---|
| Cash - Legacy Texas Bank | $ 36,231.87 | |
| Accounts Receivable | 1,300.00 | |
| Due from Others | 1,829.69 | |
| Prepaid Expenses | 1,338.38 | |
| | | |
| Total Current Assets | | 40,699.94 |
| | | |
| Property and Equipment | | |
| Property and Equipment | 116,063.60 | |
| Leasehold Improvements | 5,606.71 | |
| Accum. Depreciation - Prop&Eqt | (97,528.00) | |
| | | |
| Total Property and Equipment | | 24,142.31 |
| | | |
| Other Assets | | |
| | | |
| Total Other Assets | | 0.00 |
| | | |
| Total Assets | $ | 64,842.25 |

### LIABILITIES AND CAPITAL

| Current Liabilities | | |
|---|---|---|
| Accounts Payable | $ 24,667.38 | |
| Accrued Expenses | 3,353.70 | |
| Federal Payroll Taxes Payable | 3,051.32 | |
| FUTA Payable | 126.00 | |
| Loan from Eifler KY | 291,140.13 | |
| Current Portion Long-Term Debt | 6,400.79 | |
| | | |
| Total Current Liabilities | | 328,739.32 |
| | | |
| Long-Term Liabilities | | |
| | | |
| Total Long-Term Liabilities | | 0.00 |
| | | |
| Total Liabilities | | 328,739.32 |
| | | |
| Capital | | |
| Retained Earnings | (380,621.01) | |
| Common Stock | 1,000.00 | |
| Net Income | 115,723.94 | |
| | | |
| Total Capital | | (263,897.07) |
| | | |
| Total Liabilities & Capital | $ | 64,842.25 |

Unaudited - For Management Purposes Only

Eifler Group Zone Star State Inc.
Balance Sheet
June 30, 2017

### ASSETS

| Current Assets | | |
|---|---:|---:|
| Cash - Legacy Texas Bank | $    2,525.16 | |
| Due From Valiant Wealth Manage | 1,104.12 | |
| Due from Others | 1,480.40 | |
| Prepaid Expenses | 1,338.38 | |
| | | |
| Total Current Assets | | 6,448.06 |
| | | |
| Property and Equipment | | |
| Property and Equipment | 116,063.60 | |
| Leasehold Improvements | 5,606.71 | |
| Accum. Depreciation - Prop&Eqt | (102,394.48) | |
| | | |
| Total Property and Equipment | | 19,275.83 |
| | | |
| Other Assets | | |
| | | |
| Total Other Assets | | 0.00 |
| | | |
| Total Assets | $ | 25,723.89 |

### LIABILITIES AND CAPITAL

| Current Liabilities | | |
|---|---:|---:|
| Accounts Payable | $      887.50 | |
| Accrued Expenses | 825.93 | |
| Loan from Eifler KY | 159,666.36 | |
| | | |
| Total Current Liabilities | | 161,379.79 |
| | | |
| Long-Term Liabilities | | |
| | | |
| Total Long-Term Liabilities | | 0.00 |
| | | |
| Total Liabilities | | 161,379.79 |
| | | |
| Capital | | |
| Retained Earnings | (264,897.07) | |
| Common Stock | 1,000.00 | |
| Net Income | 128,241.17 | |
| | | |
| Total Capital | | (135,655.90) |
| | | |
| Total Liabilities & Capital | $ | 25,723.89 |

Unaudited - For Management Purposes Only

B26 (Official Form 26) (12/08) – Cont.                                                          17

**TAB 3**
**Exhibit B-2**
**Statement of Income (Loss) for Eifler Group Lonestar State, Inc.**
Period ending June 30, 2017

[Provide a statement of income (loss) for the following periods:

    (i) For the initial report:
           a. the period between the end of the preceding fiscal year and the end of the
             most recent six-month period of the current fiscal year; and
           b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

**See Attached**

Eifler Group Lone Star State Inc.
Income Statement
For the Twelve Months Ending December 31, 2016

| | Current Month | | | Year to Date | |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| Commissions - Investment Ctr. | $ 2,555.20 | 3.80 | $ | 84,287.22 | 10.71 |
| Commission - Annuities & Life | 21,628.02 | 32.15 | | 266,644.66 | 33.87 |
| Commissions - Am. Equity | 11,081.26 | 16.47 | | 223,858.69 | 28.44 |
| Investment Advisory Fees | 16,000.00 | 23.79 | | 192,000.00 | 24.39 |
| Management Fees | 16,000.00 | 23.79 | | 16,000.00 | 2.03 |
| Other Income | 0.00 | 0.00 | | 4,463.89 | 0.57 |
| Total Revenues | 67,264.48 | 100.00 | | 787,254.46 | 100.00 |
| | | | | | |
| **Cost of Sales** | | | | | |
| Cost of Sales-Salary Advisor | 16,700.00 | 24.83 | | 164,400.00 | 20.88 |
| Cost of Sales-Payroll Taxes | 780.54 | 1.16 | | 11,763.03 | 1.49 |
| On-Line Brokerage Service | 191.00 | 0.28 | | 2,267.00 | 0.29 |
| Cost of Sales-Consulting Fees | 1,500.00 | 2.23 | | 23,000.00 | 2.92 |
| Capital Indemnity Commissions | 0.00 | 0.00 | | 1,813.11 | 0.23 |
| Other Commissions | 0.00 | 0.00 | | 8,436.46 | 1.07 |
| Total Cost of Sales | 19,171.54 | 28.50 | | 211,679.60 | 26.89 |
| Gross Profit | 48,092.94 | 71.50 | | 575,574.86 | 73.11 |
| | | | | | |
| **Expenses** | | | | | |
| Salaries - Support Staff | 5,775.00 | 8.59 | | 41,740.05 | 5.30 |
| Payroll Taxes Support Staff | 275.40 | 0.41 | | 3,203.70 | 0.41 |
| Employee Benefit Programs Exp | 97.59 | 0.15 | | 1,171.08 | 0.15 |
| Accounting Fees | 962.50 | 1.43 | | 3,712.50 | 0.47 |
| Advertising Expense | 0.00 | 0.00 | | 480.00 | 0.06 |
| Auto Expense | 411.70 | 0.61 | | 16,236.82 | 2.06 |
| Bank Fees | 15.00 | 0.02 | | 345.00 | 0.04 |
| Charitable Contributions | 0.00 | 0.00 | | 505.00 | 0.06 |
| Client Relations | 650.50 | 0.97 | | 22,549.07 | 2.86 |
| Computer Support/Subscriptions | 504.57 | 0.75 | | 5,983.19 | 0.76 |
| Copier Lease & Maintenance | 1,258.04 | 1.87 | | 8,406.54 | 1.07 |
| Dues & Subscriptions | 0.00 | 0.00 | | 354.50 | 0.05 |
| Health Insurance | 437.35 | 0.65 | | 12,487.00 | 1.59 |
| Insurance | 0.00 | 0.00 | | 5,975.34 | 0.76 |
| Marketing (advertising) | 0.00 | 0.00 | | 1,687.65 | 0.21 |
| Marketing Seminars | 17,058.94 | 25.36 | | 224,746.87 | 28.55 |
| Meals & Entertainment | 1,187.63 | 1.77 | | 12,617.00 | 1.60 |
| Office Supplies & Expense | 873.70 | 1.30 | | 5,837.66 | 0.74 |
| Office Smallwares and Fixtures | 1,336.18 | 1.99 | | 6,889.12 | 0.88 |
| Postage | 275.21 | 0.41 | | 1,862.04 | 0.24 |
| Professional Fees | 0.00 | 0.00 | | 1,178.00 | 0.15 |
| Radio Shows | 0.00 | 0.00 | | 3,950.00 | 0.50 |
| Rent - Office | 2,441.23 | 3.63 | | 27,859.12 | 3.54 |
| Training Seminars | 0.00 | 0.00 | | 684.30 | 0.09 |
| Taxes & Licenses | 0.00 | 0.00 | | 2,964.81 | 0.38 |
| Telephone Expenses | 630.26 | 0.94 | | 6,813.16 | 0.87 |
| Travel | 722.64 | 1.07 | | 12,020.24 | 1.53 |
| Utilities | 164.48 | 0.24 | | 1,990.76 | 0.25 |
| Depreciation Expense | 19,390.00 | 28.83 | | 19,390.00 | 2.46 |
| Interest Expense | 540.79 | 0.80 | | 6,210.40 | 0.79 |
| Total Expenses | 55,008.71 | 81.78 | | 459,850.92 | 58.41 |
| Net Income | $ (6,915.77) | (10.28) | $ | 115,723.94 | 14.70 |

For Management Purposes Only

Eifler Group Lone Star State Inc.
Income Statement
For the Six Months Ending June 30, 2017

|  | | Current Month | | | Year to Date | |
|---|---|---|---|---|---|---|
| Revenues | | | | | | |
| Commissions - Investment Ctr. | $ | 0.00 | 0.00 | $ | 25,575.32 | 13.79 |
| Commission - Annuities & Life | | 0.00 | 0.00 | | 80,225.52 | 43.25 |
| Commissions - Am. Equity | | 877.04 | 100.00 | | 58,504.53 | 31.54 |
| Management Fees | | 0.00 | 0.00 | | 16,000.00 | 8.63 |
| Other Income | | 0.00 | 0.00 | | 5,184.71 | 2.80 |
| Total Revenues | | 877.04 | 100.00 | | 185,490.08 | 100.00 |
| Cost of Sales | | | | | | |
| Cost of Sales-Salary Advisor | | 0.00 | 0.00 | | 21,400.00 | 11.54 |
| Cost of Sales-Payroll Taxes | | 0.00 | 0.00 | | 1,732.20 | 0.93 |
| On-Line Brokerage Service | | 0.00 | 0.00 | | 382.00 | 0.21 |
| Cost of Sales-Consulting Fees | | 0.00 | 0.00 | | 1,700.00 | 0.92 |
| Total Cost of Sales | | 0.00 | 0.00 | | 25,214.20 | 13.59 |
| Gross Profit | | 877.04 | 100.00 | | 160,275.88 | 86.41 |
| Expenses | | | | | | |
| Salaries - Support Staff | | 0.00 | 0.00 | | 7,200.00 | 3.88 |
| Payroll Taxes Support Staff | | 0.00 | 0.00 | | 635.28 | 0.34 |
| Employee Benefit Programs Exp | | 0.00 | 0.00 | | 195.18 | 0.11 |
| Accounting Fees | | 887.50 | 101.19 | | 1,512.50 | 0.82 |
| Auto Expense | | 0.00 | 0.00 | | 3,216.81 | 1.73 |
| Bank Fees | | (40.41) | (4.61) | | 34.59 | 0.02 |
| Client Relations | | 0.00 | 0.00 | | 44.32 | 0.02 |
| Computer Support/Subscriptions | | 0.00 | 0.00 | | 602.07 | 0.32 |
| Copier Lease & Maintenance | | 0.00 | 0.00 | | 579.62 | 0.31 |
| Dues & Subscriptions | | 0.00 | 0.00 | | 73.98 | 0.04 |
| Health Insurance | | 0.00 | 0.00 | | 874.70 | 0.47 |
| Insurance | | 0.00 | 0.00 | | 137.84 | 0.07 |
| Marketing (advertising) | | 0.00 | 0.00 | | 108.12 | 0.06 |
| Meals & Entertainment | | 0.00 | 0.00 | | 402.24 | 0.22 |
| Miscellaneous | | 0.00 | 0.00 | | 10.00 | 0.01 |
| Office Supplies & Expense | | 0.00 | 0.00 | | 362.10 | 0.20 |
| Office Smallwares and Fixtures | | 0.00 | 0.00 | | 22.66 | 0.01 |
| Postage | | 17.53 | 2.00 | | 369.13 | 0.20 |
| Rent - Office | | 0.00 | 0.00 | | 5,059.43 | 2.73 |
| Taxes & Licenses | | 15.00 | 1.71 | | 15.00 | 0.01 |
| Telephone Expenses | | 0.00 | 0.00 | | 1,055.89 | 0.57 |
| Travel | | 0.00 | 0.00 | | 2,681.71 | 1.45 |
| Utilities | | 0.00 | 0.00 | | (159.11) | (0.09) |
| Depreciation Expense | | 811.08 | 92.48 | | 4,866.48 | 2.62 |
| Interest Expense | | 262.59 | 29.94 | | 2,134.17 | 1.15 |
| Total Expenses | | 1,953.29 | 222.71 | | 32,034.71 | 17.27 |
| Net Income | $ | (1,076.25) | (122.71) | $ | 128,241.17 | 69.14 |

For Management Purposes Only

B26 (Official Form 26) (12/08) – Cont.                                                      21

**TAB 3**

**Exhibit B-3**
**Statement of Cash Flows for Eifler Group Lonestar State, Inc.**
For the period ending _____

[Provide a statement of changes in cash flows for the following periods:

     (i) For the initial report:
           a. the period between the end of the preceding fiscal year and the end of the
               most recent six-month period of the current fiscal year; and
           b. the prior fiscal year.
     (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]

**None Prepared.**

B26 (Official Form 26) (12/08) – Cont.                                                                                    25

**TAB 3**

**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for**
**Eifler Group Lonestar State, Inc.**
period ending _____

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
          a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
          b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]


**None prepared.**

B26 (Official Form 26) (12/08) – Cont.                                                                                            29

**TAB 3**
**Exhibit C**
**Description of Operations for Eifler Group Lonestar State, Inc.**

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s).  Indicate the source of this information.]

Eifler Group Lonestar State, Inc. no longer has employees and no longer operates as an investment advisory business.  It receives residual commissions on investment products sold prior to December 31, 2016.  There are no plans for Eifler Group Lonestar State, Inc. to provide any future investment advisory services.

The estate's interest in Eifler Group Lonestar State, Inc. is Thomas O. Eifler Sr.'s 100% ownership.

B26 (Official Form 26) (12/08) – Cont.                                                          6

## TAB 4
## Exhibit A
## Valuation Estimate for Eifler Tax Group, Inc.

[Provide a statement of the entity's value and the value of the estate's interest in the entity, including a description of the basis for the valuation, the date of the valuation and the valuation method used. This valuation must be no more than two years old. Indicate the source of this information.]

The estimated value of the estate's interest in Eifler Tax Group, Inc. is $20,422 as of June 30, 2017 based on the net equity per the Balance Sheet included herein.

B26 (Official Form 26) (12/08) – Cont.                                              10

**TAB 4**
**Exhibit B**
**<u>Financial Statements for Eifler Tax Group, Inc.</u>**

**See Attached**

B26 (Official Form 26) (12/08) – Cont. 14

**TAB 4**
**Exhibit B-1**
**Balance Sheet for Eifler Tax Group, Inc.**
As of June 30, 2017

[Provide a balance sheet dated as of the end of the most recent six-month period of the current fiscal year and as of the end of the preceding fiscal year. Indicate the source of this information.]

**See Attached**

2:07 PM

07/31/17

Accrual Basis

# Eifler Tax Group
# Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Operating | 487.25 |
| Savings | 207.31 |
| **Total Checking/Savings** | 694.56 |
| **Accounts Receivable** | |
| Accounts Receivable | 16,830.22 |
| **Total Accounts Receivable** | 16,830.22 |
| **Other Current Assets** | |
| Undeposited Funds | 110.00 |
| **Total Other Current Assets** | 110.00 |
| **Total Current Assets** | 17,634.78 |
| **Fixed Assets** | |
| Accumulated Amortization | -19,142.00 |
| Accumulated Depreciation | -3,810.00 |
| Clients List | 60,000.00 |
| Equipment, Supplies, Furniture | 7,500.00 |
| Goodwill | 33,750.00 |
| Non-Competition Agrement | 10,000.00 |
| Workforce in Place | 28,750.00 |
| **Total Fixed Assets** | 117,048.00 |
| **Other Assets** | |
| Loan to Shareholder- J.Hurt | 4,330.77 |
| **Total Other Assets** | 4,330.77 |
| **TOTAL ASSETS** | **139,013.55** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 4,310.00 |
| **Total Accounts Payable** | 4,310.00 |
| **Credit Cards** | |
| Wells Fargo | 4,810.65 |
| **Total Credit Cards** | 4,810.65 |
| **Other Current Liabilities** | |
| **Payroll Liabilities** | |
| Federal Unemployment | 84.00 |
| Federal Withholdings | 5.00 |
| Medicare Payable | 284.10 |
| Social Security Payable | 1,214.68 |
| **Total Payroll Liabilities** | 1,587.78 |
| **Total Other Current Liabilities** | 1,587.78 |
| **Total Current Liabilities** | 10,708.43 |
| **Long Term Liabilities** | |
| Loan from Eifler Group Inc. | 115,151.13 |
| **Total Long Term Liabilities** | 115,151.13 |
| **Total Liabilities** | 125,859.56 |

2:07 PM
07/31/17
Accrual Basis

# Eifler Tax Group
## Balance Sheet
### As of December 31, 2016

|  | Dec 31, 16 |
|---|---|
| **Equity** | |
| Capital Stock | 1,000.00 |
| Retained Earnings | 4,423.16 |
| Net Income | 7,730.83 |
| **Total Equity** | 13,153.99 |
| **TOTAL LIABILITIES & EQUITY** | **139,013.55** |

2:33 PM

07/18/17

Accrual Basis

# Eifler Tax Group
## Balance Sheet
### As of June 30, 2017

|  | Jun 30, 17 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Operating | 10,024.83 |
| Savings | 2,199.92 |
| **Total Checking/Savings** | 12,224.75 |
| **Accounts Receivable** | |
| Accounts Receivable | 22,654.00 |
| **Total Accounts Receivable** | 22,654.00 |
| **Other Current Assets** | |
| Undeposited Funds | 325.00 |
| **Total Other Current Assets** | 325.00 |
| **Total Current Assets** | 35,203.75 |
| **Fixed Assets** | |
| Accumulated Amortization | -23,558.96 |
| Accumulated Depreciation | -4,548.00 |
| Clients List | 60,000.00 |
| Equipment, Supplies, Furniture | 7,500.00 |
| Goodwill | 33,750.00 |
| Non-Competition Agrement | 10,000.00 |
| Workforce in Place | 28,750.00 |
| **Total Fixed Assets** | 111,893.04 |
| **Other Assets** | |
| Loan to Shareholder- J.Hurt | 4,330.77 |
| **Total Other Assets** | 4,330.77 |
| **TOTAL ASSETS** | 151,427.56 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 2,178.46 |
| **Total Accounts Payable** | 2,178.46 |
| **Credit Cards** | |
| Wells Fargo | 3,603.65 |
| **Total Credit Cards** | 3,603.65 |
| **Other Current Liabilities** | |
| **Cedmar Management** | |
| Client Disbursement | -6,624.87 |
| Client disbursement - Cedmar | -2,515.18 |
| Cedmar Management - Other | 11,223.38 |
| **Total Cedmar Management** | 2,083.33 |
| Eifler Group Loan | 4,032.46 |
| **Payroll Liabilities** | |
| Federal Withholdings | 379.84 |
| Medicare Payable | 131.26 |
| Social Security Payable | 561.24 |
| **Total Payroll Liabilities** | 1,072.34 |
| **Total Other Current Liabilities** | 7,188.13 |
| **Total Current Liabilities** | 12,970.24 |

2:33 PM
07/18/17
Accrual Basis

# Eifler Tax Group
# Balance Sheet
### As of June 30, 2017

|  | Jun 30, 17 |
|---|---|
| **Long Term Liabilities** | |
| Loan from Eifler Group Inc. | 107,977.06 |
| **Total Long Term Liabilities** | 107,977.06 |
| **Total Liabilities** | 120,947.30 |
| **Equity** | |
| Capital Stock | 1,000.00 |
| Retained Earnings | 12,165.83 |
| Net Income | 17,314.43 |
| **Total Equity** | 30,480.26 |
| **TOTAL LIABILITIES & EQUITY** | 151,427.56 |

B26 (Official Form 26) (12/08) – Cont.                                                                 18

**TAB 4**
**Exhibit B-2**
**<u>Statement of Income (Loss) for Eifler Tax Group, Inc.</u>**
Period ending June 30, 2017

[Provide a statement of income (loss) for the following periods:

      (i) For the initial report:
              a. the period between the end of the preceding fiscal year and the end of the
                 most recent six-month period of the current fiscal year; and
              b. the prior fiscal year.
      (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]


**See Attached**

2:07 PM

07/31/17

Accrual Basis

## Eifler Tax Group
## Profit & Loss
### January through December 2016

| | Jan - Dec 16 |
|---|---|
| **Income** | |
| Accounting Services Income | 14,419.00 |
| Advisory Income | 23,000.00 |
| Bookkeeping Services Income | 50,552.50 |
| Consulting Income | 7,155.00 |
| Discount for not for profit | -3,725.00 |
| interest Income | 0.24 |
| Late Fee Income | 250.00 |
| Other Income | 110.09 |
| Payroll | 14,315.00 |
| Reimbursed Expenses | 1,436.26 |
| Return check | -900.00 |
| Tax Preparation Services Income | |
| Corporation Returns | 2,645.00 |
| Franchise Tax Returns | 6,970.00 |
| Individual Returns | 52,640.00 |
| Not for Profit Tax Return | 675.00 |
| Partnership Returns | 4,000.00 |
| S-Corporation Returns | 17,767.50 |
| Trust Return | 575.00 |
| Tax Preparation Services Income - Other | -3,640.00 |
| **Total Tax Preparation Services Income** | 81,632.50 |
| **Total Income** | 188,245.59 |
| **Gross Profit** | 188,245.59 |
| **Expense** | |
| Amortization Expense | 8,834.00 |
| Automobile Expense | 139.64 |
| Bank Service Charges | 167.35 |
| Business Start up costs for Sta | 2,524.30 |
| Cell Phone | 1,115.23 |
| Charitable Contributions | 500.00 |
| Client Reimbursement | 5,289.00 |
| Computer and Internet Expenses | 688.67 |
| Contract Labor | 500.00 |
| Depreciation Expense | 1,476.00 |
| Email fees | 238.80 |
| Events | 37.09 |
| Fees | 3,061.61 |
| Finance Charge | 168.20 |
| Franchise Fee | 100.00 |
| Gifts | 325.77 |
| Insurance Expense | |
| Professional Liability | 1,617.00 |
| **Total Insurance Expense** | 1,617.00 |
| Interest Expense | 4,144.72 |
| IPN Fees | 0.50 |
| Meals and Entertainment | 1,154.05 |
| Merchant Account Fees | 97.27 |
| Merchant Fees | 1,353.03 |
| Office Supplies | 3,355.20 |

2:07 PM

07/31/17

Accrual Basis

# Eifler Tax Group
## Profit & Loss
### January through December 2016

|  | Jan - Dec 16 |
|---|---|
| **Payroll Expenses** | |
| Bonus | 1,147.81 |
| Federal Unemployment | 84.00 |
| Medicare Expense | 1,654.34 |
| Officer Salary | 71,238.38 |
| Social Security Expense | 7,107.91 |
| Staff Wages | 40,848.27 |
| TX Unemployment expense | 486.00 |
| Vacation Pay | 2,209.20 |
| **Total Payroll Expenses** | 124,775.91 |
| Penalties | 0.00 |
| Postage | 2,360.99 |
| Printing and Reproduction | 639.17 |
| Professional Fees | 500.00 |
| Rent Expense | 4,560.00 |
| Software | 2,833.09 |
| Tax Software | 4,945.64 |
| Telephone Expense | 2,400.00 |
| Tolls | 233.78 |
| Utilities | 240.00 |
| Year End expenses | 138.75 |
| **Total Expense** | 180,514.76 |
| **Net Income** | **7,730.83** |

2:33 PM

07/18/17

Accrual Basis

# Eifler Tax Group
## Profit & Loss
### January through June 2017

|  | Jan - Jun 17 |
|---|---|
| **Income** | |
| Accounting Services Income | 4,755.00 |
| Advisory Income | 1,500.00 |
| Bookkeeping Services Income | 18,820.00 |
| Consulting Income | 100.00 |
| Late Fee Income | 60.00 |
| Management Fees | 279.46 |
| Payroll | |
| Monthly payroll | 80.00 |
| Payroll - Other | 7,535.00 |
| **Total Payroll** | 7,615.00 |
| Reimbursed Expenses | 762.16 |
| Tax Preparation Services Income | |
| Corporation Returns | 2,325.00 |
| Franchise Tax Returns | 3,170.00 |
| Individual Returns | 37,231.00 |
| Partnership Returns | 975.00 |
| S-Corporation Returns | 8,738.00 |
| **Total Tax Preparation Services Income** | 52,439.00 |
| **Total Income** | 86,330.62 |
| **Gross Profit** | 86,330.62 |
| **Expense** | |
| Amortization Expense | 4,416.96 |
| Automobile Expense | 21.89 |
| Bank Service Charges | 295.00 |
| Cell Phone | 354.55 |
| Charitable Contributions | 125.00 |
| Client Reimbursement | 1,186.61 |
| Computer and Internet Expenses | 741.13 |
| Depreciation Expense | 738.00 |
| Efile fees | 5.00 |
| Email fees | 19.90 |
| Fees | 104.00 |
| Insurance Expense | |
| Professional Liability | 1,695.75 |
| **Total Insurance Expense** | 1,695.75 |
| Interest Expense | 1,929.15 |
| Meals and Entertainment | 225.19 |
| Merchant Fees | 804.11 |
| Office Supplies | 1,168.37 |
| Payroll Expenses | |
| Federal Unemployment | 75.23 |
| Medicare Expense | 573.75 |
| Officer Salary | 34,030.32 |
| Social Security Expense | 2,453.26 |
| Staff Wages | 5,538.45 |
| TX Unemployment expense | 392.54 |
| **Total Payroll Expenses** | 43,063.55 |

2:33 PM
07/18/17
Accrual Basis

# Eifler Tax Group
## Profit & Loss
### January through June 2017

|  | Jan - Jun 17 |
|---|---|
| Postage | 1,389.18 |
| Printing and Reproduction | 300.00 |
| Professional Fees | 1,683.00 |
| Rent Expense | 2,280.00 |
| Software | 799.40 |
| Tax Software | 4,350.45 |
| Telephone Expense | 1,200.00 |
| Utilities | 120.00 |
| **Total Expense** | 69,016.19 |
| Net Income | 17,314.43 |

B26 (Official Form 26) (12/08) – Cont.                                                    22

**TAB 4**
**Exhibit B-3**
**Statement of Cash Flows for Eifler Tax Group, Inc.**
For the period ending _____


[Provide a statement of changes in cash flows for the following periods:

    (i) For the initial report:
           a. the period between the end of the preceding fiscal year and the end of the
            most recent six-month period of the current fiscal year; and
           b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]



**None Prepared.**

B26 (Official Form 26) (12/08) – Cont.                                                     26

**TAB 4**
**Exhibit B-4**
**Statement of Changes in Shareholders'/Partners' Equity (Deficit) for Eifler Tax Group, Inc.**
period ending _____


[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    (i) For the initial report:
        a. the period between the end of the preceding fiscal year and the end of the most recent six-month period of the current fiscal year; and
        b. the prior fiscal year.
    (ii) For subsequent reports, since the closing date of the last report.

Indicate the source of this information.]


**None prepared.**

B26 (Official Form 26) (12/08) – Cont.                                          30

**TAB 4**
**Exhibit C**
**Description of Operations for Eifler Tax Group, Inc.**

[Describe the nature and extent of the estate's interest in the entity.

Describe the business conducted and intended to be conducted by the entity, focusing on the entity's dominant business segment(s).  Indicate the source of this information.]


Eifler Tax Group, Inc. provides tax preparation and bookkeeping services to businesses and individuals.


The estate's interest in Eifler Tax Group, Inc. is Thomas O. Eifler Sr.'s 67% ownership.